USDC SD

DOCUME

ELECTRICALLY FILED

DOC #:

DATE FILED: 1/18/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                               :

UNITED STATES OF AMERICA,          :

                               :    **ORDER DENYING MOTION TO**

     -against-                 :    **SUPPRESS**

                               :

TAJUAN SIMMONS,               :    12 Cr. 416 (AKH)

                               :

            Defendant.      :

                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

In light of Defendant's guilty plea before Magistrate Judge Gabriel W. Gorenstein

on December 7, 2012, Defendant's motion to suppress is denied as moot. The Clerk shall mark

the motion (Doc. No. 12) terminated.

SO ORDERED.

Dated:     January 18, 2013
           New York, New York

                           ALVIN K. HELLERSTEIN
                           United States District Judge

1